# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-4474

————————————————

MARY ANN RAYMOND,

  Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and THE
DIAMOND GROUP, INC.,

  Appellees.

————————————————

On appeal from an order of the Reemployment Assistance
Appeals Commission.

May 23, 2018

PER CURIAM.

  AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————

Mary Ann Raymond, pro se, Appellant.

Katie Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.